■ In the Matter of ROBERT KLUEPPELBERG, Appellant, v. LOUIS J. FRANK, as Commissioner of the Police Department, Nassau County, et al., Respondents.— Judgment of the Supreme Court, Nassau County, dated July 31, 1973, affirmed, without costs (*Matter of Moore* v. *Gallup*, 267 App. Div. 64, affd. 293 N. Y. 846). Shapiro, Acting P. J., Gulotta, Brennan and Benjamin, JJ., concur.